**WADDELL SERAFINO GEARY**
**RECHNER JENEVEIN, P.C**
Joseph A. Geller, Esq., NV Bar 12378
Shaun A Fernandez, Esq., NV Bar 15545
823 Las Vegas Blvd. S., Suite 240
Las Vegas, Nevada 89101
Tel: (844) 670-2151
NV@wslawpc.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, a Nevada Limited Liability Partnership d/b/a RICHARD HARRIS LAW FIRM; RUSSELL RAMSEY, individually, and TONI RAMSEY, individually,<br>Plaintiff,<br>vs.<br>COMERICA BANK, a Foreign Corporation, and Doe Individuals and Entities,<br>Defendant(s) | CASE NO. 2:25-cv-01536-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

Defendant Comerica Bank ("Comerica Bank") by and through its counsel of record, Joseph Geller, Esq. with the law firm of Waddell Serafino Geary Rechner Jenevein, P.C. and Plaintiffs Harris Law Firm, LLP, a Nevada Limited Liability Partnership d/b/a Richard Harris Law Firm, Russell Ramsey, and Toni Ramsey, (collectively "Plaintiffs"), and through their counsel of record, David Clark, Esq., with the law firm of Harris Law Firm, LLP, (together, the "Parties") hereby stipulate and agree, subject to this Court's approval, as follows:

WHEREAS Comerica Bank filed its Removal in this matter on August 18, 2025;

WHEREAS the current deadline to file a responsive pleading to the Complaint is Monday, August 25, 2025;

1

WHEREAS, Plaintiffs have agreed to provide the Defendant up to and including September 5, 2025, to respond to Plaintiffs' Complaint in order to provide Defendant's counsel time to get up to speed and prepare the Response; and

WHEREAS, this is the first request filed with this Court to extend the time for the Defendant to respond to Plaintiffs' Complaint and Defendant has requested the extension in good faith and not to delay this matter.

ACCORDINGLY, the Parties hereby request that the Court grant this Stipulation to extend the deadline for Defendant to file a responsive pleading to Plaintiffs' Complaint until September 5, 2025.

This Stipulation is made in good faith and is not made for the purpose of delay. The Parties agree that good cause exists for this continuance.

DATED this 21st day of August, 2025.

/s/ Joseph A. Geller
Joseph A. Geller, Esq., NV Bar No. 12378
Waddell Serafino Geary Rechner Jenevein, PC
823 Las Vegas Blvd. S., Suite 240
Las Vegas, NV 89101

*Attorneys for Defendant Comerica Bank*

DATED this 21st day of August, 2025.

/s/ David A. Clark
David A. Clark, Esq., NV Bar No. 4443
Richard Harris Law Firm
801 S. 4th Street
Las Vegas, NV 89101

*Attorneys for Plaintiffs Harris Law Firm, LLP, a Nevada Limited Liability Partnership d/b/a Richard Harris Law Firm, Russell Ramsey, and Toni Ramsey*

**ORDER**

UNITED STATES MAGISTRATE JUDGE

DATED: August 22, 2025

575191