1 DAVID CLARK
Nevada Bar No. 04443
2 **RICHARD HARRIS LAW FIRM**
801 South Fourth Street
3 Las Vegas, Nevada 89101
Phone: (702) 444-4444
4 Fax: (702) 444-4455
E-Mail: David@richardharrislaw.com
5 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRIS LAW FIRM, LLP, a Nevada Limited Liability Partnership dba RICHARD HARRIS LAW FIRM; RUSSELL RAMSEY, individually, and TONI RAMSEY, individually;<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Foreign Corporation, DOE INDIVIDUALS AND ENTITIES 1 THROUGH 10,<br><br>Defendants. | CASE NO.: 2:25-cv-01536-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff, HARRIS LAW FIMR, LLP, a Nevada Limited Liability Partnership dba RICHARD HARRIS LAW FIRM, by and through its attorney of record, DAVID A. CLARK of the RICHARD HARRIS LAW FIRM, and Defendant Comerica Bank by and through its counsel of record, Joseph Geller, Esq. with the law firm of Waddell Serafino Geary Rechner Jenevein, P.C. hereby stipulate and agree as follows:

WHEREAS the current deadline to file a responsive pleading to the Motion to Dismiss is Friday, September 19, 2025;

WHEREAS, Defendant has agreed to provide the Plaintiffs up to and including October 3, 2025, to respond to Defendant's Motion to Dismiss; and

WHEREAS, this is the first request filed with this Court to extend the time for the Plaintiffs to respond to Defendant's Motion to Dismiss. Plaintiffs have requested the extension in good faith and not to delay this matter.

Page 1 of 2

ACCORDINGLY, the Parties hereby request that the Court grant this Stipulation to extend the deadline for Plaintiffs to file a responsive pleading to Defendant's Motion to Dismiss until October 3, 2025.

This Stipulation is made in good faith and is not made for the purpose of delay. The Parties agree that good cause exists for this continuance.

| /s/ David A. Clark | | /s/ Joseph A. Geller | |
|---|---|---|---|
| David A. Clark | Dated | Joseph A. Geller, Esq. | Dated |
| NV Bar No. 4443 | | NV Bar No. 12378 | |
| Richard Harris Law Firm | | Waddell Serafino Geary Rechner Jenevein, PC | |
| 801 S. 4th Street | | 823 Las Vegas Blvd. S., Suite 240 | |
| Las Vegas, NV 89101 | | Las Vegas, NV 89101 | |

*Attorneys for Plaintiffs Harris Law Firm, LLP, a Nevada Limited Liability Partnership d/b/a Richard Harris Law Firm, Russell Ramsey, and Toni Ramsey*

*Attorneys for Defendant Comerica Bank*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2025