1 **WADDELL SERAFINO GEARY**
  **RECHNER JENEVEIN, P.C**
2 Joseph A. Geller, Esq., NV Bar 12378
  823 Las Vegas Blvd. S., Suite 240
3 Las Vegas, Nevada 89101
  Scott E. Hayes, Esq.
4 *Admitted - Pro Hac Vice*
  Tel: (844) 670-2151
5 NV@wslawpc.com
  Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS LAW FIRM, LLP, a Nevada Limited Liability Partnership d/b/a RICHARD HARRIS LAW FIRM; RUSSELL RAMSEY, individually, and TONI RAMSEY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Foreign Corporation, and Doe Individuals and Entities,<br><br>Defendant(s) | CASE NO. 2:25-cv-01536-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY TO RESPONSE TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** |

**STIPULATION AND ORDER TO EXTEND DEADLINE**
**FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION**
**TO DISMISS**

Defendant Comerica Bank ("Comerica Bank") by and through counsel, Scott Hayes, Esq. with the law firm of Waddell Serafino Geary Rechner Jenevein, P.C. and Plaintiffs Harris Law Firm, LLP, a Nevada Limited Liability Partnership d/b/a Richard Harris Law Firm, Russell Ramsey, and Toni Ramsey, (collectively "Plaintiffs"), and through their counsel of record, David Clark, Esq., with the law firm of Harris Law Firm, LLP, (together, the "Parties") hereby stipulate and agree, subject to this Court's approval, as follows:

WHEREAS the current deadline for Comerica Bank to file a reply to Plaintiffs' Opposition to Motion to Dismiss is Friday, October 10, 2025;

WHEREAS, Plaintiffs have agreed to provide the Comerica Bank up to and including October 17, 2025 to file its Reply to Plaintiffs' Opposition to Motion to Dismiss as Comerica

1

1. Bank's counsel is in a jury trial on October 7, 2025 in *Marco Media vs. Ravi Ratan,* Cause No. 21-14561, in Dallas County, Texas; and

   WHEREAS, this is the first request filed with this Court to extend the time for Comerica Bank to respond to Plaintiffs' Opposition to Motion to Dismiss and Comerica Bank has requested the extension in good faith and not to delay this matter.

   ACCORDINGLY, the Parties hereby request that the Court grant this Stipulation to extend the deadline for Comerica Bank to file a reply to Plaintiffs' Opposition to Motion to Dismiss until October 17, 2025.

   This Stipulation is made in good faith and is not made for the purpose of delay. The Parties agree that good cause exists for this continuance.

DATED this 10th day of October, 2025.

/s/Scott Hayes
Scott E. Hayes, Esq.
*Admitted - Pro Hac Vice*
Texas State Bar No. 09280050
Comerica Bank Tower
1717 Main Street, 25th Floor
Dallas, Texas 75201-7341
Tel: (214) 979-7400
Fax: (214) 979-7402
**Attorneys for Defendant Comerica Bank**

/s/ David Clark
Richard Harris Law Firm
David A. Clark, Esq., NV Bar No. 4443
801 S. 4th Street
Las Vegas, NV 89101
Tel: (702) 550-7537
**Attorney for Plaintiffs**

## ORDER

**IT IS HEREBY ORDERED**

UNITED STATES MAGISTRATE JUDGE
DATED: October 10, 2025.

577029