DAVID A. CLARK
Nevada Bar No. 04443
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: David@richardharrislaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRIS LAW FIRM, LLP, a Nevada Limited Liability Partnership dba RICHARD HARRIS LAW FIRM; RUSSELL RAMSEY, an individual, and TONI RAMSEY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COMERICA BANK, a Foreign Corporation, DOE INDIVIDUALS AND ENTITIES 1 THROUGH 10,<br><br>Defendants. | CASE NO.: 2:25-cv-01536-RFB-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY PENDING DISPOSITION OF MOTION TO DISMISS** |

    Plaintiffs, HARRIS LAW FIRM, LLP, dba RICHARD HARRIS LAW FIRM, by and through its attorney of record, David A. Clark, General Counsel, and Defendant Comerica Bank, by and through its counsel of record, Joseph Geller, Esq. with the law firm of Waddell Serafino Geary Rechner Jenevein, P.C. hereby stipulate and agree as follows:

    1.    Currently before the Court is Defendant's Motion to Dismiss. The Motion has been fully briefed.

    2.    Disposition of Defendant's Motion may well affect all of Plaintiffs' claims in this action.

    3.    The Parties agree that it is appropriate and desirous to stay the instant action pending the disposition of Defendant's motion, that a stay of the instant action will not prejudice either of the Parties, and that a stay of the instant action will best serve the interests of judicial economy.

NOW THEREFORE, the Parties, by and through there undersigned counsel, hereby request that the Court grant this Stipulation to stay discovery, pending disposition of the Motion to Dismiss.

This Stipulation is made in good faith and is not made for the purpose of delay. The Parties agree that good cause exists for this stay.

| | |
|---|---|
| /s/ David A. Clark               11/4/25<br>David A. Clark                    Dated<br>NV Bar No. 4443<br>Richard Harris Law Firm<br>801 S. 4th Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Plaintiffs Harris Law Firm, LLP, a Nevada Limited Liability Partnership d/b/a Richard Harris Law Firm, Russell Ramsey, and Toni Ramsey* | /s/ Scott Hayes                  11/4/25<br>Scott Hayes                       Dated<br>(Pro Hac Vice)<br>WADDELL ‖ SERAFINO<br>1717 Main Street, 25TH Floor<br>Dallas, Texas 75201<br><br>*Attorneys for Defendant Comerica Bank* |

**ORDER**

**IT IS SO ORDERED; provided, however, that if resolution of the pending Motion to Dismiss does not result in dismissal of this case in its entirety, the parties must submit a proposed discovery plan and scheduling order no later than twenty-one (21) days after the Court's decision appears on the docket.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 5, 2025